[LODGED - EASTERN DIVISION CLERK, U.S. DISTRICT COURT MAR 27 2009 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ALLEN MEYERS,<br><br>Petitioner,<br><br>vs.<br><br>M. A. SMELOSKY,<br><br>Respondents. | Case No. EDCV 08-1400-VBF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3) directing that Judgment be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state judicial remedies.

DATED: 5/14/09

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge