Priority  ✓
Send  ✓
Enter  ✓
Closed
~~JS-5~~/JS-6  ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DWAYNE ALLEN MEYERS,

    Petitioner,

vs.

M. A. SMELOSKY,

    Respondents.

Case No. EDCV 08-1400-VBF (OP)

JUDGMENT

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3) directing that Judgment be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state judicial remedies.

DATED: 5-14-09

HONORABLE VALERIE BAKER FAIRANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge